# MEMORANDUM.

Cases Designated by the Court Not to be Reported.

## MARY E. EARLE

*vs.*

## THOMAS J. KEATING, Trustee.

The presumption of law is in favor of the correctness of decrees of a lower court, until it is shown by the record in the Court of Appeals to be erroneous.

*Decided February 17th, 1916.*

Appeal from the Circuit Court for Queen Anne's County. (In Equity.) (Constable, C. J., and Atkins, J.)

*Affirmed.* Opinion by Pattison, J.

The cause was argued before Boyd, C. J., Briscoe, Burke, Thomas, Pattison, Urner and Stockbridge, JJ.

*J. M. Mullen,* for the appellant.

*J. Frank Harper,* for the appellee.